[No. 19007-9-II.    Division Two.    July 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD
EARL SCHROEDER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 93-1-00132-0, Kenneth D. Williams, J., entered December 12, 1994. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Turner, JJ.


[No. 36087-6-I.    Division One.    July 15, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL S.
RITCHIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-05244-2, George A. Finkle, J., entered January 30, 1995. *Affirmed* by unpublished per curiam opinion.


[No. 36272-1-I.    Division One.    July 15, 1996.]

CYNTHIA SEXTON, ET AL., *Respondents*, v. DEBORAH A.
FLANAGAN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-03443-1, Charles V. Johnson, J., entered February 24, 1995. *Affirmed* by unpublished per curiam opinion.


[No. 13517-9-III.    Division Three.    July 16, 1996.]

*In the Matter of the Marriage of* PATRICIA E. NEFF,
*Appellant*, and PAUL L. NEFF, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 92-3-00184-5, Kenneth L. Jorgensen, J., entered August 2, 1993. *Affirmed in part* and *remanded* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J.